■ JOSEPH M. ANDERSON, JR., by JOSEPH M. ANDERSON, as His Parent and Natural Guardian, Appellant, v MORRIS MT. PLEASANT et al., Respondents, et al., Defendant. [668 NYS2d 137] —Order unanimously affirmed without costs (see, Anderson v Town of Lewiston, 244 AD2d 965 [decided herewith]). (Appeal from Order of Supreme Court, Niagara County, Joslin, J.—Dismiss Complaint.) Present—Green, J. P., Lawton, Wisner, Balio and Boehm, JJ.